# United States District Court

_____ WESTERN _____ DISTRICT OF _____ TENNESSEE _____

UNITED STATES OF AMERICA

V.

KEITH STEWART

CRIMINAL COMPLAINT

CASE NUMBER: 07-mj-001

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 3, 2007, in Shelby County, in the Western District of Tennessee, the defendant did,

possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1). I further state that I am DEA Task Force Officer Keith Watson and that this complaint is based on the following facts:

**SEE AFFIDAVIT**

Continued on the attached sheets and made a part hereof.  √ Yes ___ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

Jan. 3, 2007 at 11:05 pm
Date

JAMES H. ALLEN
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at    Memphis, Tennessee
City and State

s/ James H. Allen
Signature of Judicial Officer

AFFIDAVIT

I, Keith Watson, declare as follows:

I am employed as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). I have been employed by the Memphis Police Department for 15 years, and I have been a TFO for 5 years. During the course of my employment as a TFO, I have participated in numerous drug trafficking investigations and have received extensive training in drug trafficking and drug trafficking investigations.

At approximately 5:30 A.M. on January 3, 2007, TFO J. Smith and I were at 203 Union (the Greyhound Bus Station), in Memphis, Tennessee, in the Western District of Tennessee. When an inbound bus from Tucson, Arizona, pulled into the station, I boarded the bus and announced over the loudspeaker that as the passengers exited the bus they would be asked for consent to search their belongings with a drug detection dog.

The defendant Keith Stewart exited the bus and was asked for consent to allow the dog to smell his carry-on bag. Stewart agreed to the sniff and placed his bag on the ground for the dog sniff. Once Stewart placed the bag on the ground he made a quick motion away from the police canine, avoiding the dog. TFO Smith attempted to speak with Stewart, who became noticeably nervous and evasive. I approached Stewart, who then pushed TFO Smith and ran away from the officers.

While running, Stewart was observed pulling clothing and other items off his body. Stewart was apprehended, and the clothing was recovered, along a black bag with approximately 310 grams of an off-white hard substance that appeared to be cocaine base. The black bag was located about five feet from where Stewart was located. The substance was contained in separate packages of plastic wrap and duct tape. The substance field tested positive for cocaine base.

Stewart was given his *Miranda* warnings and agreed to speak with law enforcement. He stated that he was being paid to transport the crack cocaine from Arizona to Memphis.

TFO Keith Watson
Drug Enforcement Administration

Sworn to and subscribed before
me this 3rd day of January, 2007, at 11 Am

s/ James H. Allen
U.S. Magistrate Judge